UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI DAELLI, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>            Defendant. | CIVIL ACTION NO. 1:05-CV-03095 (TPG) |

## NOTICE OF WITHDRAWAL OF MOTION TO MODIFY CLASS DEFINITION

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS, on February 13, 2015, Plaintiff Luigi Daelli filed a Motion to Amend the Class Definition ("Motion to Amend") [Dkt. No. 48] and accompanying documents;

WHEREAS, on August 10, 2015, the Second Circuit issued an opinion, in *Puricelli et al. v. Republic of Argentina*, Nos. 14-2104-cv(L) et al.;

WHEREAS, that opinion substantively changes the state of the law relied upon in the Motion to Amend;

PLEASE TAKE NOTICE that plaintiff Luigi Daelli withdraws the Motion to Amend without prejudice to refiling a similar motion at a later date.

Dated: August 20, 2015

                              **GLANCY PRONGAY & MURRAY LLP**

                              By: __/s/Brian P. Murray_____
                                  Brian P. Murray (BM 9954)
                              Lee Albert (*Admitted Pro Hac Vice*)
                              122 East 42nd Street, Suite 2920
                              New York, NY  10168
                              Telephone: (212) 682-5340
                              Fax: (212) 884-0988

## **DECLARATION OF SERVICE**

The undersigned, an attorney, certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on August 20, 2015, and served electronically on all counsel of record.

/s/ Brian P. Murray
Brian Murray
