

The Helmsley Building
230 Park Avenue
Suite 530
New York, New York 10169
Phone: (212) 682-5340
Fax: (212) 884-0988

October 7, 2019

*Via ECF*
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

    Re:    *Daelli v. Republic of Argentina* Case No. 05-cv-3095 (LAP)

Dear Judge Preska:

    Class representative plaintiff Luigi Daelli is filing along with this letter a motion ("Motion") to voluntarily dismiss the above-captioned action. Defendant Republic of Argentina stipulates and agrees to the relief sought in the Motion as reflected in the Stipulation and Proposed Order filed in support of the Motion, and as reflected in the parties' execution of this joint letter.

    The parties believe that a pre-motion conference in accord with the Court's rules is not necessary in light of their stipulation to the relief requested in the Motion. The parties jointly contacted chambers by phone on October 3, 2019 to inquire as to the correct procedure to follow in this regard, and were instructed to submit the motion papers under a joint letter.

Respectfully submitted,

_____
Brian P. Murray
Glancy Prongay & Murray LLP
*Counsel for Plaintiffs*

_____
Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
*Counsel for Defendant*